1162

No. 99–1168.   SCHERPING ET AL. v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 99–1188.   GARRISON v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 99–1201.   AUSTIN v. HARPER HOSPITAL.   C. A. 6th Cir. Certiorari denied.

No. 99–1202.   HENNING v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 99–1219.   TREVINO v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 99–1230.   BLONDHEIM v. MORGAN, WARDEN.   Sup. Ct. Ohio.   Certiorari denied.

No. 99–5840.   HOUSE v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 99–5936.   NAPOLI, AKA BIANCO v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 99–6051.   CLARK v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 99–6172.   NEAL v. PAGE, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 99–6349.   JOHNSON v. WING ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 99–6425.   GRANT v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 99–6466.   STEFONEK v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 99–6469.   SPENCE v. UNITED STATES; and
No. 99–6485.   JACKSON v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.   Reported below: 182 F. 3d 910.